lación por ser inapelable la resolución apelada.  Abogado del promovente: *Sr. Jacinto Texidor.*  Abogados de la parte contraria: *Sres. Vías Ochoteco y Ferrer.*

---

No. 652. GRAHAM ET AL. *v.* CROSAS ET AL.—Apelación procedente de la Corte de Distrito de San Juan.  Moción para eliminar de los autos el alegato de los apelantes.  Resuelto en abril 17, 1911.  Desestimada la moción.  Abogado de los promoventes: *Sr. Juan Hernández López.*  Abogados de la parte contraria: *Sres. Antonio Sarmiento, Henry F. Hord y Andrés B. Crosas.*

---

No. 738. THE FAJARDO DEVELOPMENT Co. *v.* SUCESIÓN MORFI.—Apelación procedente de la Corte de Distrito de Humacao.  Resuelto en abril 23, 1911.  Desestimada de oficio la apelación por incumplimiento del artículo 42 del Reglamento de este tribunal.  Abogados del apelante: *Sres. Garvan & Armstrong y Luis Muñoz Morales.*  Abogados del apelado: *Sres. Manuel Toùs Soto y Carlos Travecier.*

---

No 34. EX PARTE MORALES ET AL.—Solicitud de *habeas corpus* presentada al Juez Asociado Sr. MacLeary para que se expida mandamiento de *habeas corpus.*  Resuelto en abril 25, 1911.  Desestimada la solicitud.  Abogados de los peticionarios: *Sres. Herminio Díaz Navarro, Cayetano Coll y Cuchí y Luis Llorens Torres.*  Abogados de la parte contraria: *Sr. Jesús M. Rossy, Fiscal, y Byron S. Ambler, Fiscal de Distrito de los Estados Unidos.*

---

No. 342. EL PUEBLO *v.* RODRÍGUEZ.—Apelación procedente de la Corte de Distrito de San Juan.  Resuelto en abril 26, 1911.  Confirmada la sentencia apelada.  Abogado del apelante: *Sr. Augusto Malaret.*  Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*